JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL PAUL STRATTON, | ) | No. CV 13-8950 CAS (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SAN LUIS OBISPO COURT, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 9, 2014

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge